IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRANK DAYS ) <br> (Previous TDCJ No. 2004027), ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> DEANNA BRANNON, ET AL., ) <br> ) <br> Defendants. ) | No. 3:17-CV-0192-G (BN) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED.**

March 5, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**